Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Robert A. Ryan, Esq., Bar No. 12084
RR@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY PHELPS, an individual; DUSTIN CHAPMAN, an individual; VICTOR WUKOVITS, an individual; LARRY LAWTER, an individual; CINDY MONTGOMERY, an individual; ASHLEY BLODUS, an individual; DARRELL BIESHADA, an individual; ANDRA VERSTRAETE, an individual; DAVID DUNPHY, an individual; GINA MARINELLI, an individual; KERRI SHAPIRO, an individual; JACOB TALLMAN, an individual; CATHY KONGPHOUTHAKHOUN, an individual; ERIC MARMION, an individual; JULIE MUTSKO, an individual; and JAMES STREHLE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Delaware corporation, RAMPARTS, INC., a Nevada domestic corporation d/b/a Luxor Las Vegas Resort and Casino; MGM GRAND HOTEL, LLC, a Nevada domestic limited liability company, d/b/a MGM Grand Las Vegas; NEW YORK – NEW YORK HOTEL & CASINO, LLC, a Nevada domestic limited liability company, d/b/a New York New York Hotel & Casino; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada domestic limited | CASE NO.: 2:17-cv-02848-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND AND/OR SET DEADLINES FOR DEFENDANTS TO FILE THEIR RESPONSE TO MOTION TO CONSOLIDATE [ECF NO. 6] AND ALSO TO RESPOND TO THE FIRST AMENDED COMPLAINT [ECF NO. 13]**<br><br>**(FIRST REQUEST)** |

1

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | liability company, d/b/a Aria Resort & Casino; BELLAGIO, LLC, a Nevada domestic limited liability company, d/b/a Bellagio Las Vegas; NEW CASTLE CORP., a Nevada domestic corporation, d/b/a Excalibur Hotel & Casino; VICTORIA PARTNERS, a Partnership, d/b/a Monte Carlo Resort & Casino; THE MIRAGE CASINO-HOTEL, LLC, a Nevada domestic limited liability company, d/b/a The Mirage – Las Vegas Hotel & Casino; MANDALY CORP. dba MANDALY BAY RESORT AND CASINO; and MANDALY CORP., a Nevada domestic corporation d/b/a DELANO<br><br>Defendants. |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend and/or set the deadlines for the response to Plaintiffs' Motion to Consolidate (ECF No. 6), filed on December 1, 2017, and to set the deadline to file responses to the First Amended Complaint (ECF No. 13), filed on January 5, 2018, as follows:

1. The deadline for Defendants to file their responses to the Motion to Consolidate, if any, shall be February 14, 2018.

2. The deadline for Defendants to file their responses to the First Amended Complaint shall be February 14, 2018.

. . .

. . .

. . .

1   This stipulation for additional time is made in connection with Defendants' counsel's agreement to accept service on behalf of Defendant, Victoria Partners and is warranted to allow Defendants additional time to gather facts and prepare responses to the allegations in the First Amended Complaint, whether by answer or motion practice.

DATED this 9th day of January, 2018

| **PISANELLI BICE PLLC** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
|---|---|
| By: /s/ Todd L. Bice <br> Todd L. Bice, Esq., Bar No. 4534 <br> Robert A. Ryan, Esq., Bar No. 12084 <br> PISANELLI BICE PLLC <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada  89101 <br><br> *Attorneys for Defendants* | By:   /s/ Don Springmeyer <br> Don Springmeyer, Esq., Bar No. 1021 <br> Bradley Schrager, Esq., Bar No. 10217 <br> 3556 E. Russell Road, 2nd Floor <br> Las Vegas, NV  89120-2234 <br><br> *Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  1/10/2018