# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY PHELPS, et al., | Case No. 2:17-cv-02848-APG-CWH |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE** |
| MGM RESORTS INTERNATIONAL, et al., | |
| Defendants. | |

In light of my prior order granting the parties' stipulation (ECF No. 24) and my order dismissing *Cabral v. Caesars Entertainment Corporation*, 2:17-cv-02841-APG-VCF, for lack of subject matter jurisdiction,

IT IS ORDERED that this case is DISMISSED for lack of subject matter jurisdiction.

DATED this 12th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE